UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLITA ANDREA BLANCO,

                Plaintiff,

-against-

HUD – UNSOLICITED RESEARCH FOR PARTNERSHIP GRANT,

                Defendant.

25-CV-2230 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff brings this action *pro se*. She initiated this action by filing a complaint against Defendant "HUD – Unsolicited Research for Partnership Grant." With the exception of the caption, the complaint is blank and unsigned. Plaintiff has previously submitted to this court a complaint against "HUD (2019) Unsolicited Research Grant," as well as individual defendants Valerie Pels and Bill Lander. That complaint is signed and includes factual allegations. That case is presently pending under docket number 25-CV-2229 (LTS). Because the complaint in this action is blank and unsigned, and because Plaintiff sues the defendant in this action in No. 25-CV-2229 (LTS), there is no useful purpose in proceeding with this facially deficient action. The Court therefore dismisses this action without prejudice to Plaintiff's pending case under docket number 25-CV-2229 (LTS).

## CONCLUSION

    Plaintiff's complaint is dismissed as duplicative of No. 25-CV-2229 (LTS).

    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter judgment dismissing this action.

SO ORDERED.

Dated: April 3, 2025
New York, New York

          /s/ Laura Taylor Swain
          LAURA TAYLOR SWAIN
        Chief United States District Judge