UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLITA ANDREA BLANCO,<br><br>        Plaintiff,<br><br>  -against-<br><br>HUD – UNSOLICITED RESEARCH FOR PARTNERSHIP GRANT,<br><br>        Defendant. | 25cv2230 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the April 3, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: April 4, 2025
    New York, New York

                /s/ Laura Taylor Swain
               LAURA TAYLOR SWAIN
            Chief United States District Judge